# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0817. DUSTIN LEE DOWDY v. THE STATE.**

Dustin Lee Dowdy was convicted of rape and other crimes. He filed a motion for new trial, which the trial court denied on October 14, 2024. On November 14, 2024, he filed this direct appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an absolute requirement to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019) (citation and punctuation omitted). Because Dowdy filed his notice of appeal 31 days after the trial court entered its order denying his motion for new trial, the notice of appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  12/16/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.